U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN OPEN COURT
U.S.D.C. - Atlanta

**JUN 10 2026**

## P L E A (With Counsel)

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

CRIMINAL NO. 1:26-CR-256

I, Tommy Shad English, defendant, having received a copy of the within Information, and having been arraigned plead Not Guilty thereto to the Sole Count in the Information.

In Open Court this 10th day of June, 2026.

_____
SIGNATURE (Defense Attorney)
Emily C. Ward

_____
SIGNATURE (Defendant)
Tommy Shad English

## INFORMATION BELOW MUST BE TYPED OR PRINTED

1800 Peachtree Street, NE
Atlanta, Georgia 30309
Phone: (404) 857-2203
Bar Number: 500999

2870 Peachtree Rd #700
Atlanta, GA 30305

Phone: 404 - 849 - 7478

Filed in Open Court by:

_____
(Signature)

_____
Date

Form No. USA-40-19-B
N.D. Ga. 11/8/12