# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUN 10 2026

KEVIN P. WEIMER, Clerk
By: _CAM_ Deputy Clerk

Division: Atlanta
(USAO: 2026R00497)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME:     Fulton

DISTRICT COURT NO.     1:26-CR-256

MAGISTRATE CASE NO.     1:26-MJ-315

Indictment                          X Information                          X Magistrate's Complaint
DATE:                               DATE: June 10, 2026                     DATE: March 20, 2026

UNITED STATES OF AMERICA
vs.
TOMMY SHAD ENGLISH

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

### Defendant Information:

**Is the defendant in custody?**     Yes    X No
**Will the defendant be arrested pending outcome of this proceeding?**     Yes    X No
**Is the defendant a fugitive?**     Yes    X No
**Has the defendant been released on bond?**     X Yes     No

**Will the defendant require an interpreter?**     Yes     X No

District Judge:
Magistrate Judge:

Attorney:  Samir Kaushal
Defense Attorney:  Emily C. Ward